UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12982
   KENNETH C SHECKLER
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-5453

---

                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/11/06 and confirmed on 12/01/06.

    2.  The case was converted to Chapter 7 after confirmation, 03/26/2008.

    3.  The Debtor paid a total of $   4890.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 2000.00 | 210.47 | 446.28 |
| TURNER ACCEPTANCE CORP | SECURED | 4520.49 | 390.00 | 1214.39 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1740.47 | .00 | 430.23 |
| AMERICASH LOANS | UNSECURED | 593.27 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8626.55 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 3169.68 | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 2721.70 | .00 | .00 |
| UNION PLUS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 112.69 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 324.19 | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6520.49 | 1740.47 | 15548.08 | .00 | 23809.04 |
| PRINCIPAL PAID | 1660.67 | 430.23 | .00 | .00 | 2090.90 |
| INTEREST PAID | 600.47 | .00 | .00 | .00 | 600.47 |
| TOTAL PAID | 2261.14 | 430.23 | .00 | .00 | 2691.37 |

The Debtor's attorney, RICHARD S BASS            , was allowed $   2500.00
and was paid $    500.00  direct and $   2000.00  through the plan.

The Trustee received $     198.63 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 06/26/08                          /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE